UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

COEN MCGARITY,

    Plaintiff,

vs.

Case No. 4:19-cv-12047
Hon. Matthew F. Leitman

TRANSUNION CORPORATION,

    Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC**
_____

    Plaintiff Coen McGarity, *Pro Se*, and Defendant Trans Union, LLC (improperly identified as Transunion Corporation), by counsel, having agreed to the entry of this Stipulation And Order Of Dismissal With Prejudice dismissing all claims of Plaintiff Coen McGarity against Defendant Trans Union, LLC only, with prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

    IT IS, THEREFORE, ORDERED that all claims of Plaintiff Coen McGarity against Defendant Trans Union, LLC only are dismissed, with prejudice. Plaintiff and Trans Union, LLC shall each bear their own costs and attorneys' fees.

    /s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: May 4, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 4, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
